PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Martins, Jose**                                           Docket No. **14CR00154-001**

### Petition for Action on Conditions of Pretrial Release

COMES NOW MERTICE EVANS PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Martins, Jose**, who was placed under pretrial release supervision by the **HONORABLE JOSEPH A. DICKSON** sitting in the Court at Newark, New Jersey, on **January 24, 2013**, under the following conditions:

1) $50,000 unsecured appearance bond
2) Report to Pretrial Services as directed and advise them immediately of any contact with law enforcement personnel, including but not limited to, any arrest, questioning or traffic stop
3) The defendant's travel is restricted to New Jersey unless approved by Pretrial Services
4) Surrender all passports and travel documents to Pretrial Services. Do not apply for new travel documents
5) The defendant is not to engage in any real estate transactions
6) The defendant to have no contact with co-defendants, unless in the presence of their attorneys.

On August 14, 2013, release conditions were amended to include that the defendant shall be prohibited from possessing a firearm, destructive device, or any other dangerous weapons. All firearms in any home in which the defendant resides shall be removed and verification provided to Pretrial Services.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **Alcohol Testing and Treatment as deemed necessary by Pretrial Services be added to the defendant's conditions of release.**

ORDER OF COURT

Considered and ordered this ___19th___ day of ___April___, _2016_ and ordered filed and made a part of the records in the above case.

_____
Honorable Susan D. Wigenton
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____
Mertice Evans
U.S. Pretrial Services Officer